# EXHIBIT 1

**Schaefer, Daniel (USADC)**

| | |
|---|---|
| **From:** | Matthew Krauss <mkrauss@wmclaw.com> |
| **Sent:** | Wednesday, December 13, 2017 3:24 PM |
| **To:** | Schaefer, Daniel (USADC) |
| **Cc:** | Macri II, Joseph; Kristin Davis |
| **Subject:** | RE: WMC v. FEMA |

Dan,

We wanted to get input on this issue from a few folks who've been traveling, and we appreciate your patience. We think your proposed search terms seem like a sensible next step. We suggest adding the terms "NFIP," "policy," and "fraud" to your initial list. We don't think those terms will add many unique hits, but please let us know if they do.

We assume that FEMA's December 15 production is set at this point, but we suggest that the agency focus its efforts for the next production on Matt Behnke and Anthony (Dan) Thorne. If FEMA is not able to add further review resources to this project, having at least a partial cross-section of those custodians' responsive records will help us assess what, if anything, we can do to narrow the scope of this request further. We're happy to prioritize additional custodians beyond these two if helpful or to talk further about any of the above.

Best,
Matt

**Matthew S. Krauss**



1200 New Hampshire Avenue, NW, Suite 600
Washington, DC  20036-6824
(202) 751-2003 | mkrauss@wmclaw.com

*This message is from an attorney and might contain information that is confidential and privileged or otherwise protected from disclosure. If you are not the intended recipient, please do not forward or copy this email. Instead, immediately advise the sender, by a reply email, that this message was inadvertently transmitted to you; then delete from your system this email and every copy of it – including in any reply from you. Thank you.*

**From:** Schaefer, Daniel (USADC) [mailto:Daniel.Schaefer@usdoj.gov]
**Sent:** Tuesday, December 12, 2017 10:23 AM
**To:** Kristin Davis; Matthew Krauss
**Cc:** Macri II, Joseph
**Subject:** RE: WMC v. FEMA

Kristin and Matt,

Just following up on this; please respond as soon as you can so we can coordinate with our reviewers.

Thanks,

Daniel P. Schaefer
(202) 252-2531

1

**From:** Kristin Davis [mailto:kdavis@wmclaw.com]
**Sent:** Tuesday, December 5, 2017 8:21 PM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>; Matthew Krauss <mkrauss@wmclaw.com>
**Cc:** Macri II, Joseph <joseph.macriii@fema.dhs.gov>
**Subject:** RE: WMC v. FEMA

Dan,

It was good seeing you as well; we agree that it was a productive morning. We are reviewing the search term list for possible additional terms and conferring internally on possible custodian prioritization. We will get back to you in the next few days. In the meantime, we appreciate your willingness to consider these ways to make the search as productive as possible. And thanks again for asking about additional resources.

Best,
Kristin

Kristin C. Davis
202-296-1136

**From:** Schaefer, Daniel (USADC) [mailto:Daniel.Schaefer@usdoj.gov]
**Sent:** Tuesday, December 05, 2017 12:51 PM
**To:** Matthew Krauss; Kristin Davis
**Cc:** Macri II, Joseph
**Subject:** WMC v. FEMA

Matt and Kristin,

It was good seeing you guys today and I thought today was a productive hearing/meeting.

As you know, on Monday 12/4 I sent you a proposed list of search terms. I am writing to follow up with more details about the page count and a proposal for next steps.

Applying the first proposed search term of "Sandy" to the 24,119 pages that still require processing for the McKinsey request yields a result of 1,513 items, and which contain 8,403 pages (including attachments to emails). Based on the current rate of production, that would require about 8 months of processing to complete.

For the remainder of the documents in the review set (i.e., those that do not hit upon "Sandy"), applying the remaining terms from the 12/4 list I sent you to that review set yields an additional 1,006 items comprising 6,695 pages (including attachments). Again based on the current rate of production, that would require an additional 7 months of processing (for a total of approximately 15 months to finish everything).

So to summarize, applying the above search terms reduces the page count from 24,119 pages to 15,098 pages (a 40% reduction). While that is helpful, I think we still need to work together to try to figure out ways to reduce the document count as the review proceeds, and we are open to suggestions.

As I indicated earlier, I have asked FEMA to focus first on the first set of documents containing the "Sandy" search term. I mentioned to FEMA your suggestion that they also prioritize a few custodians as they review those documents. Please identify for me, as soon as you can, the custodians that you want us to prioritize, and I'll see what we can do (I can't make any promises, but I will ask).

I have also asked FEMA if any additional resources (FOIA reviewers) can be assigned to this case and will let you know when I receive a response.

Dan


Daniel P. Schaefer
Assistant U.S. Attorney
District of Columbia
555 4th St. NW
Washington, D.C.  20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov